UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

---------------------------------------------------------------------x
Parneet Kaur,

                                                           Plaintiff,

    -against-

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Trans Union, LLC,
American Express National Bank, and
Discover Bank,

                                                  Defendants.
---------------------------------------------------------------------x

Civil Action No:
2:25-cv-1332

## **JOINT STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Trans Union, LLC, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this

action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 17, 2025

| **For Plaintiff Parneet Kaur** | **For Defendant Trans Union, LLC** |
|---|---|
| /s/ Eliyahu Babad | /s/ Samantha Lee Southall |
| Eliyahu Babad | Samantha Lee Southall |
| Stein Saks, PLLC | Buchanan Ingersoll & Rooney PC |
| One University Plaza | Two Liberty Pl 50S 16th St. Ste 3200 |
| Hackensack, NJ 07601 | Philadelphia, PA 19102 |
| Ph: (201) 282-6500 | Ph: (215) 665-3884 |
| ebabad@steinsakslegal.com | Samantha.southall@bipc.com |

IT IS SO ORDERED.

DATED this 17th day of December, 2025.

The Honorable Richard A. Jones
United States District Judge